No. 749. EPPERSON ET AL. *v.* ARKANSAS. Appeal from Sup. Ct. Ark. Probable jurisdiction noted. *Eugene R. Warren* and *Bruce T. Bullion* for appellants. *Joe Purcell,* Attorney General of Arkansas, for appellee.

No. 950. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL.; and

No. 973. HARDIN, PROSECUTING ATTORNEY, ET AL. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. Appeals from D. C. W. D. Ark. Probable jurisdiction noted. Cases consolidated and a total of one and one-half hours allotted for oral argument. MR. JUSTICE FORTAS took no part in the consideration or decision of these cases. *James E. Youngdahl, Robert D. Ross* and *John P. Sizemore* for appellants in No. 950. *Joe Purcell,* Attorney General of Arkansas, and *Leslie Evitts,* Chief Assistant Attorney General, for appellants in No. 973. *Martin M. Lucente, Robert V. Light, W. J. Smith, H. H. Friday* and *R. W. Yost* for appellees in both cases. Reported below: 274 F. Supp. 294.

No. 689. CARROLL ET AL. *v.* PRESIDENT AND COMMISSIONERS OF PRINCESS ANNE ET AL. Ct. App. Md. Certiorari granted. *Melvin L. Wulf* and *William H. Zinman* for petitioners. *Francis B. Burch,* Attorney General of Maryland, *S. Leonard Rottman,* Assistant Attorney General, and *Alexander G. Jones* for respondents.